IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  No. CV 15-0677 RB/WPL
                                                             CR 15-0991 RB

JUAN RAMON ARVIZO-RAMOS,

    Defendant.

## SECOND ORDER TO CURE DEFICIENCY

By order entered on August 7, 2015, the Court directed Defendant to correct filing deficiencies in his § 2255 proceeding. The docket indicates that mailings to Defendant have been returned undelivered. The Bureau of Prisons website shows that Defendant is currently housed at CI Cibola County. *See* http://www.bop.gov/inmateloc/ (last visited on August 25, 2015). The original cure order will be re-mailed to Defendant at the new address. Failure to cure the designated deficiencies within thirty (30) days from entry of this Order may result in dismissal of the § 2255 motion without prejudice without further notice.

IT IS THEREFORE ORDERED that, within thirty (30) days from entry of this Order, Defendant submit a properly completed amended § 2255 motion; any papers that Defendant files in response to this order must include the case numbers above; and the Clerk shall correct Defendant's address to CI Cibola County, 2000 Cibola Loop, Milan, NM 87021, and mail to Defendant, together with a copy of this Order and CV Doc. 2, a form § 2255 motion with instructions.

                                                                                             _____
                                                                                             UNITED STATES MAGISTRATE JUDGE